Cause No. 1428697-A

FILED
Chris Daniel
District Clerk

OCT 13 2015

Time: _____

By _____
Deputy

Chris Acosta, Clerk

DEC 28 2015

EX PARTE                              §        IN THE 184TH DISTRICT COURT
                                                COURT OF CRIMINAL APPEALS

                                     §        OF

ERIC SAMUEL TUCKER,
Applicant                            §        HARRIS COUNTY, TEXAS

### STATE'S PROPOSED FINDINGS OF FACT CONCLUSIONS OF LAW, AND ORDER

The Court has considered the application for writ of habeas corpus, the

*State's Original Answer*, and official court records in the above-captioned cause.

The Court finds that there are no controverted, previously unresolved facts

material to the legality of the applicant's confinement which require an

evidentiary hearing and recommends that the instant habeas application, cause

number 1428697-A, be dismissed for the following reasons:

### FINDINGS OF FACT

1. The applicant is confined pursuant to the judgment and sentence of the 184th District Court of Harris County, Texas, in cause number 1428697 (the primary case), where the applicant was convicted by the trial court for the felony offense of aggravated assault against a family member causing serious bodily injury.

2. The trial court assessed the applicant's punishment at thirty (30) years confinement in the Texas Department of Criminal Justice - Institutional Division.



3. The applicant filed a notice of appeal in the trial court on February 20, 2015. The mandate has not been issued.

4. The applicant's direct appeal is currently pending in the First Court of Appeals. *See State's Writ Exhibit A, Case Information on case number No. 01-15-00274-CR from the First Court of Appeals website.*

73.2 → 5. The instant application does not comply with the contents by Rule 73.1 of the Rules of Appellate Procedure.

## CONCLUSIONS OF LAW

1. A post-conviction application for writ of habeas corpus will not be considered when direct appeal of the applicant's conviction is pending review before an appellate court. *Ex parte Brown*, 662 S.W.2d 3 (Tex. Crim. App. 1983).

2. The instant habeas application does not comply with Rule 73 because the applicant fails to use the current form application prescribed by the Court of Criminal Appeals to submit his application for writ of habeas corpus and his grounds for relief. Tex. R. App. P. 73.1.

3. Non-compliance with the filing requirements stated in the Texas Rules of Appellate Procedure deems an application for writ of habeas corpus dismissible. *Ex parte Blacklock*, 191 S.W.3d 718 (Tex. Crim. App. 2006).

Accordingly, it is recommended to the Texas Court of Criminal Appeals that the instant application for writ of habeas corpus, cause number 1428697-A, be dismissed.

2

THE CLERK IS **ORDERED** to prepare a transcript and transmit same to the Court of Criminal Appeals as provided by Tex. Crim. Proc. Code Ann. art. 11.07. The transcript shall include certified copies of the following documents:

1. The application for writ of habeas corpus;

2. The State's answer and attached exhibit;

3. The Court's order;

4. The indictment, judgment and sentence, and docket sheets in cause number 1428697 (unless they have been sent to the Texas Court of Criminal Appeals pursuant to a post-conviction writ of habeas corpus order); and

5. The State's and the applicant's Proposed Findings of Fact and Conclusions of Law (if any).

THE CLERK is further **ORDERED** to send a copy of this order to the applicant, Eric S. Tucker, #01983465 – Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705; and to counsel for the State, Andrew Smith, 1201 Franklin Street, Suite 600, Houston, Texas, 77002.

**By the following signature, the Court adopts the State's Proposed Findings of Fact, Conclusions of Law and Order in cause no. 1428697-A.**

SIGNED this _19th_ day of _Oct_ , 2015.

_____
PRESIDING JUDGE

3

Cause No. 1428697-A

EX PARTE

§   IN THE 184TH DISTRICT COURT

§   OF

ERIC SAMUEL TUCKER,
Applicant

§   HARRIS COUNTY, T E X A S

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that I have served a copy of the State's Proposed Findings of Fact, Conclusions of Law, and Order in cause number 1428697-A to the applicant on October 13, 2015, by mail as follows:

Eric S. Tucker
#01983465 – Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Andrew J. Smith
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
Texas Bar ID #24048100

Prepared by:
Emily Patton – Intern

4

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office this 10-20-15

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy

CAUSE # 1 4 2 8 6 9 7

"THIS IS THE ACTUAL WRIT"

A CRIMINAL POST TRIAL WAS ACCESSED WITHOUT MY CONSENT. MY CONVICTING COURT USED A 2254 WRIT THATS USED FOR FEDERAL REVIEW. INSTEAD, THAT 2254 WRIT WAS SUBMITTED AS AN 11.07 WRIT. THAT BEING SAID THE PROCESS REACHED A FULL AND PHYSICAL CRIMINAL POST TRIAL YET THE COURT DISMISSED THE CRIMINAL POST TRIAL USING THE GIVEN INFORMATION THAT A 2254 HABEAS CORPUS WAS SUBMITTED (AS IMPROPER APPLICATION) AND USING A NON-FACTUAL CLAIM OF NO UNRESOLVED ISSUES. THIS OPPORTUNITY WOULD OF BEEN PERFECT TO PRESENT THE COMPLAINTANTS TRIAL EXCLUDED LETTERS, YET THIS PROCEDURE WAS ACCESSED WITHOUT MY CONSENT NOR AWARENESS TO PREPARE. I, DEFENDANT, DO NOT CLAIM (DATED: 8-26-2015) THIS WRIT AS FILED IN THIS FASHION, THEREFORE MY STATE REMEDIES APPEAR TO EXHAUST THEMSELVES.

RESPECTFULLY,
TUCKER, ERIC
1983465
STILES 3060 FM 3514
BEAUMONT, TX 77705

INDEX POINTERS -- TO LAY OUT PROOF

\* <u>DIFFERENT STATEMENTS</u> \*   ~ COMPARE TO TRANSCRIPTS ~

A - AFFIDAVIT (SIGNED) : " IM AFRAID OF THE RESPONDENT " ←——————— T

B - LETTER : " SO YOU KNOW IM NOT AFRAID OF YOU "   R

A - TRIAL : " I WASNT IN LOVE, I ONLY HAD LOVE FOR HIM "   I

B - LETTER : " I WAS IN LOVE WITH YOU "   A

A - TRIAL : " SEX WAS CONSENTIAL " ( I WAS UNCONSCIOUS )   L

B - LETTER : " SEX WAS FORCED " ( I WAS UNCONSCIOUS )

\* <u>COMPLAINTANTS LETTER STATE MENTS</u> \*   ~ MOTIVE ~   E

" I KNEW ( HAD A FEELING ) YOU WERE CHEATING "   X

" IN MY DIARY I PUT THINGS IN THERE ABOUT YOUR UNFAITHFULNESS "   C

" I WAS HURT THAT YOU WERE SLEEPING WITH OTHER WOMEN "   L

" YOU MESSED OVER THE WRONG ONE "   U

" EYE FOR AN EYE "   D

" I TOLD YOU FROM THE BEGINNING NEVER LIE, CHEAT OR DECEIVE ME AND   E

BE 100% BUT YOU COULDNT SO YOU PLAYED ME LIKE A FOOL, HOW DOES IT   D

FEEL NOW "

" SOMEBODY HAS TO BE ACCANABLE "

" DONT TAKE IT PERSONAL " AND " YOUR FAVORITE DRINK DELSYM "

" I BELIEVE YOU ARE A LIAR AND NOT " SO " ( " SOME " ) MUCH INNOCENT "

" I HAVE ALWAYS STATED I DONT LIKE TO BE PLAYED FOR A FOOL "

" HEY, T H O T " ( THAT HOE OVER THERE ) ←———
~ AND VARIOUS OTHERS ~

<u>PUBLIC DEFENDERS OFFICE</u>

APRIL 1, 2014 (2015)

COURT APPEAL ASSIGNED " ASSISTANT PUBLIC DEFENDER "

CHERI DUNCAN'S CORRESPONDENCE OF INTRODUCING GENERAL INFORMATION

» » »

AND PROCEDURES ON HANDLING MY APPEAL CASE

**JULY 14, 2014 (2015)**

ADDMINISTRATIVE ASSISTANT JULIA PATTERSON MAILED COMPLAINTANTS LETTERS (I'VE SENT TO THEIR OFFICE ON MARCH 23, 2015) BACK TO ME IN XEROXED COPIES, THEY HAVE THE ORIGINALS. THIS WAS THEIR ONLY RESPONSE

**VOODOO (TRIAL EXCLUDED)**

THIS IS INFORMATION ON HOW EVIL VOODOOS NATURE CAN BECOME

**TRANSCRIPTS -- NOTE**

UPON RECEIVING AND VIEWING 1 4 2 8 6 9 7 TRIALS TRANSCRIPTS YOU SHOULD COME ACROSS TWO EXHIBIT LETTERS OF THE COMPLAINTANT (SAME HAND WRITTING OF THESE EXCLUDED LETTERS) STATING "MY VOODOO HAD NOTHING TO DO WITH YOU" TWICE AND MORE INFORMATION ON VOODOO ABOUT THE KNOWLEDGE OF POISONS AND HERBS (LOUISIANA VOODOO -- AFRICAN INFLUENCES)

**HARRIS COUNTY PHONE RECORDS (TRIAL EXCLUDED)**
9-15-2014 ~ 9-16-2014
* DURING MY CLAIM OF POSSESSION COMPLAINTANT STATES HER VOODOO HAD NOTHING TO DO WITH ME, DURING THAT TIME
* OVER THE PHONE I REVEAL MY RESEARCH OF WHAT VOODOO IS ALL ABOUT THEN SHE PUSHES HER PRACTICES BACK 3 YEARS AGO
* NEXT SHE PUSHES PRACTICE BACK 9 YEARS TOTAL, NOW, BEFORE HER EX-BOYFRIEND OF 6 YEARS.

*IF POSSIBLE, COULD YOU PLEASE MAKE RECORD OF THIS PARTICULAR INFO AND RETURN IT*

*THANK you*

# Public Defender's Office

### Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.368.9278 eFax

April 1, 2014**5**

Mr. Eric Samuel Tucker
TDCJ# 01983465
Holliday Unit, TDCJ
295 IH-45 North
Huntsville, TX 77320-8443

Re:  Cause No. 01-15-00274-CR    First Court of Appeals
     Appeal of Cause No. 1428697  184th District Court
     State of Texas vs. Eric Samuel Tucker

Dear Mr. Tucker,

As you know, I have been appointed to represent you in the appeal of your conviction. I have received the many letters you have been sending me, and I will arrange a telephone conference with you soon so we can discuss your case in more detail.

As you probably know, the purpose of a direct appeal is to convince a higher court (the Court of Appeals) that a mistake was made in the trial court. If we can convince the Court of Appeals that there was a very serious mistake, then it could be possible to get a new trial or even an acquittal.

Please know that very few cases are won on appeal. Once a conviction happens, it is extremely difficult to undo. However, we always try our very best on every case to win the appeal. We care about our clients and will do everything we can to help your case.

### *What Happens on Appeal?*

Nearly everything in an appeal happens on paper, not in a courtroom. You will not be able to be present for anything that happens on appeal. Courts of appeal do not hear new evidence or facts. They can only look at what already happened in the trial court and see if any serious mistakes were made.

Your appeal has been assigned to the <u>First Court of Appeals</u> in downtown Houston. Your appeal case number is 01-15-00274CR.

## The Timeline

Your sentence of 30 years in the institutional division, TDCJ, was imposed on February 18, 2015. Your Notice of Appeal was filed on February 20, 2015.

## The Record

The court reporter will file the Reporter's Record of your trial with the court of appeals. The Reporter's Record contains nearly every word transcribed from the trial. The Clerk's Record has been filed. It includes the legal papers from the court's file (indictment, motions etc.).

## The Briefs ⌐ *FILED AFTER DUE DATE 9-18-2015*
*I REQUESTED A COPY AND NEVER RECEIVED.*

Once the Clerk's Record and Reporter's Record have both been filed, we have 30 days to file our brief. The brief is a written argument as to why you deserve a new trial. If needed, the court of appeals can give us more time to file our brief.

After we file our brief, it is the State's turn to file its brief in response to what we've argued. The State has 30 days from the filing of our brief to file its brief, and more time if needed. Many times we will also file a reply brief, in which we answer the arguments the State has raised.

## Oral Argument

After all briefs are filed, the court of appeals then decides whether to hold oral argument. Oral argument is when both sides argue the case in person to the judges in the Court of Appeals, and the judges get to ask questions. Oral argument is not common, but we request it in most cases.

## Waiting for a Ruling

Once the case has been submitted, we wait for a ruling. It is sometimes a long time before the court of appeals decides a case. The length of time depends on many things, such as how big the record is. It may take 6 months from the time the briefs have been filed, or it may take much longer. It's hard to predict.

## The Opinion

At some point, the court of appeals will hand down a written opinion that either upholds your conviction or reverses it for a new trial. On rare occasions, the appellate court may even order an acquittal, but that is very rare. There are other possible results, like modifying or changing the written judgment in your case. Sadly, cases are not usually won on appeal. But it is possible and we will try as hard as we can.

Once the court of appeals hands down an opinion in your case, the losing side may file a motion for rehearing if it hopes it can convince the court to change its mind. However, this is not usually done. It really depends on what the court of appeals said in its opinion.

*CHERI DUNCANS "PROCEDURE" TO FILE, WHICH WEVER HAPPENED* (handwritten)

## Petition for Discretionary Review (PDR)

The next major step is called a Petition for Discretionary Review, commonly referred to as a PDR. A PDR is a paper asking the Court of Criminal Appeals to review your case.

The PDR may be filed by whoever has lost the case at the court of appeals level. If no motion for rehearing has been filed after the court of appeals decision has been handed down, then the PDR is due 30 days from the date that the court of appeals hands down its opinion. Usually more time is requested for filing the PDR.

The PDR goes to Austin to the Court of Criminal Appeals, which is the highest criminal court in Texas. If that court grants your PDR, then it has agreed to look at your case and will require more briefs and papers. There may be oral argument, but the Court usually decides not to give oral argument.

The PDR is usually decided more quickly than the case was decided at the court of appeals level. It typically takes anywhere from 3-6 months for the Court of Criminal Appeals to decide whether it will grant or refuse a PDR. Most PDRs are refused and the court decides not to look at the case.

There are cases in which you may not have a valid issue to pursue on PDR. If we were to decide that there are no real issues to present to the Court of Criminal Appeals by a PDR, we will let you know immediately, and advise you of your rights with regard to filing your own. Once the PDR is finally decided, the direct appeal in your case is over.

### *More About Your Appeal*

I will send you a copy of everything I file on your behalf, as well as any responses filed by the State and any replies we may file. Of course, I'll also send you any opinions or rulings that are given by the court of appeals.

If you have questions that this letter has not answered, then please feel free to write me again.

Sincerely,

CHERI DUNCAN
Assistant Public Defender

CD/jp



Mirrors represent doorways to the world of the dead.

(CANIBALISM) WAY
*HUMAN LIFE → PAST
SACRIFICE *BLOOD SACRIFICE

# Myths and misconceptions

Vodou has often been associated in popular culture with Satanism, zombies and "voodoo dolls". Zombie creation has been referenced within rural Haitian culture,[46] but is not a part of Vodou. Such manifestations fall under the auspices of the *bokor* or sorcerer, rather than the priest of the Loa. The practice of sticking pins in voodoo dolls has history in folk magic. "Voodoo dolls" are often associated with New Orleans Voodoo and Hoodoo as well the magical devices of the poppet and the *nkisi* or *bocio* of West and Central Africa.

PLEASE READ ... →



The *Affaire de Bizoton* of 1864. The murder and alleged canibalization of her body by eight voodoo devotees caused a scandal worldwide and was taken as proof of the evil nature of voodoo even though the confessions that condemned the accused were obtained illegally by torture.

The general fear of Vodou in the US can be traced back to the End of the Haitian Revolution (1791). There is a legend that Haitians were able to beat the French during the Haitian Revolution because their Vodou deities made them invincible. The US, seeing the tremendous potential Vodou had for rallying its followers and inciting them to action, feared the events at Bois-Caiman could spill over onto American soil. Fearing an uprising in opposition to the US occupation of Haiti, political and religious elites, along with Hollywood and the film industry, sought to trivialize the practice of Vodou. After the Haitian Revolution many Haitians fled as refugees to New Orleans. Free and enslaved Haitians who moved to New Orleans brought their religious beliefs with them and reinvigorated the Voodoo practices that were already present in the city. Eventually, Voodoo in New Orleans became hidden and the magical components were left present in the public sphere. This created what is called hoodoo in the southern part of the United States. Because hoodoo is folk magic, Voodoo and Afro-diasporic religions in the U.S. became synonymous with fraud. This is one origin of the stereotype that Haitian Vodou, New Orleans Voodoo, and hoodoo are all tricks used to make money off of the gullible. [47]

The elites preferred to view it as folklore in an attempt to render it relatively harmless as a curiosity that might continue to inspire music and dance."[48]

Papa Legba and asks him to open the gate, and then one salutes and speaks to the particular spirit as an elder family member. Ancestors are approached directly, without the mediating of Papa Legba, since they are said to be "in the blood".

In a Vodou home, often, the only recognizable religious items are images of saints and candles with a rosary. In other homes, where people may more openly show their devotion to the spirits, noticeable items may include an altar with Catholic saints and iconographies, rosaries, bottles, jars, rattles, perfumes, oils, and dolls. Some Vodou devotees have less paraphernalia in their homes because until recently Vodou practitioners had no option but to hide their beliefs. Haiti is a rural society and the cult of ancestors guard the traditional values of the peasant class. The ancestors are linked to family life and the land. Haitian peasants serve the spirits daily and sometime gather with their extended family on special occasions for ceremonies, which may celebrate the birthday of a spirit or a particular event. In very remote areas, people may walk for days to partake in ceremonies that take place as often as several times a month. Vodou is closely tied to the division and administration of land as well as to the residential economy. The cemeteries and many crossroads are meaningful places for worship: the cemetery acts as a repository of spirits and the crossroads acts as points of access to the world of the invisible. [32]

# Priests

Houngans (Male Vodou Priest) or Mambos (Female Vodou Priest) are usually people who were chosen by the dead ancestors and received the divination from the deities while he or she was possessed. His or her tendency is to do good by helping and protecting others from spells, however they sometimes use their supernatural power to hurt or kill people. They also conduct ceremonies that usually take place "Amba Peristil" (under a Vodou Temple). However, non-Houngan or non-Mambo as Vodouisants are not initiated, and are referred to as being "bossale"; it is not a requirement to be an initiate to serve one's spirits. There are clergy in Haitian Vodou whose responsibility it is to preserve the rituals and songs and maintain the relationship between the spirits and the community as a whole (though some of this is the responsibility of the whole community as well). They are entrusted with leading the service of all of the spirits of their lineage. Sometimes they are "called" to serve in a process called "being reclaimed", which they may resist at first.[33] Below the houngans and mambos are the hounsis, who are initiates who act as assistants during ceremonies and who are dedicated to their own personal mysteries.



Ceremonial suit for Haitian Vodou rites, Ethnological Museum of Berlin, Germany.

The asson (calabash rattle) is the symbol for one who has acquired the status of houngan or mambo (priest or priestess) in Haitian Vodou. The calabash is taken from the calabasse courante or calabasse ordinaire tree which is associated with Danbhalah-Wédo. A houngan or mambo traditionally holds the asson in their hand along with a clochette (bell). Inside of the asson are stones and snake vertebrae which give the asson its sound. The asson is covered with a web of porcelain beads. [34]

# Hey THOT

Do me a favor and stop writing me your bullshit lies. You just want to put the blame on someone or something instead of yourself, well I'm not buying so save it for the next Bitch. I told you from the beginning never lie, cheat or deceive me and be 100% but you couldn't so you played me like a fool. How does it feel now. Stop asking me for help with your case, I don't care how much time you get. Plus for the shit Eric Sammuel Tucker-Corman (you) put me through you deserve 5 to 99 yrs. You fuck up and cross the wrong one. Do yourself some good by saying a prayer and God will come through for you. I cant help you and I really don't want too. You tryed to take me life so now do your time. You disabled me hand so stop thinking that I'm going to change my mind about you that want happen. You just looking for any way to cop out but you did this so deal with it, you should of left me alone a long time ago but no you chose to play game with

MOTIVE – my mind and heart. I warned you but you
don't listen so you did this to yourself.
I don't trust shit you have to say and
could careless. Save your paper Bitch I
don't want to read it either.

PS. ① Do unto others as you want them to do
unto you. (now that is in the Bible as well)

MOTIVE
THREAT → ② In eye for in eye (in the Bible)

PS. You never helped me do shit so
stop asking, you only did if it benefited
You. You can't manipulate my mind to do
shit so save the Voodoo talk.

It was all YOU 5-15-14 now
stop trying to convenient yourself it
wasn't. well take care bye!!!!

Write to your other Bitches, we have
nothing to talk about Ever

Out of my fortune cookie: 3/25/2025

Greatest fool of all is the man who fools himself.

My emotions are all over the place and I don't trust you as a person. You really let me down with your ignorance and not owning up to your actions. Its always someone or thing fault for how you act to something. I pray every day for my family, you, me and my health so there's demons or any demonic things in me so you can kill that talk. I never wish bad or harm to you cause I never wanted to see my lover, partner, friend ever doing wrong in life but you let your anger get the best of you. You throw yourself away when you touch me in a unloving way - dont put that on me and when it's time for my judgement day I will be fine regardless if I do or don't understand what you say. I don't need a glimpse of nothing, you shouldn't go searching for shit you don't understand and should leave alone. I think you better find your ghost or evil entity to put in front of the judge, attorney's and people of the court cause 2-to 20 is a long time. So you know I'm not afraid of you ← *LIE (AFFIDAVIT) of anything cause I have God on my side - FALSE RELIGION at all times and he takes good care of me.

LIE - On or about May 14th, 2014 the Respondent and I had an argument because of his jealous and controlling behavior. I texted the Respondent telling him that I was going to bed because it was late. The Respondent did not respond. I locked the deadbolt lock. While I was lying in the bed asleep, the Respondent woke me up standing over me. This scared me because I did not know how he was able to get in with the deadbolt. I got up to see how he was able to get inside. The Respondent stated he thought that I was cheating on him. Instead of calling me to take off the deadbolt like he usually does, he broke off the lock and came into the apartment. Previously, I told the Respondent that he needed to stop abusing his drugs that he was using because his behavior was changing (paranoia). The Respondent had been abusing synthetic Marijuana and mixing it with an herb called passion flower. The Respondent had also been consuming large amounts of Delsym (couch syrup).

HER→ I am afraid of the Respondent. The Respondent constantly accused me of cheating on him with other men. The Respondent is unstable and unpredictable. The Respondent abuses synthetic marijuana, over the counter medication (Desylum-cough syrup). The Respondent has been convicted of possession of marijuana and other controlled substances. I believe the violence will continue unless a Protective Order is granted.

I, the undersigned, state under oath that I am the Affiant, that I have personal knowledge of the facts and allegations stated herein and they are TRUE and CORRECT to the best of my knowledge and belief.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public on the ___17th___ day of ___JUNE___, 20 _14_.

**MONICA NGANN**
Notary Public
STATE OF TEXAS
Commission Exp. AUG. 14, 2017

_____
Notary Public in and for
Harris County, Texas
My commission expires_____

THIS PAGE

# Public Defender's Office

## Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.368.9278  eFax

July 14, 2014

Mr. Eric Samuel Tucker
TDCJ# 01983465
Stiles Unit, TDCJ
3060 FM 3514
Beaumont, TX 77705

Re:   Cause No.  01-15-00274-CR     First Court of Appeals
      Appeal of Cause No. 1428697   184th District Court
      State of Texas vs. Eric Samuel Tucker

Dear Mr. Tucker,

I have enclosed copies of the letters that were received in our office as per your request.

Sincerely,

Julia Patterson
Administrative Assistant

JP/jp

You can call me Kim
not, Baby, mama, Just ⤴

Hey Eric,

I do agree to us never getting back together ever, I just wouldn't feel safe, Plus I don't want to be in a relationship with pathological liar, unstable, chess player and cheater who cares less about my feelings + me. I have always stated that I don't - like to be played for a fool and you did just that by playing on my emotions. I feel you could of just left me alone and not hurt me like you did emotionally, physically, psychologically and my heart. You asked "Do I have some kind of credit"? Well the answer is no. I wasn't hurt by the D's letter, it - was finding out you fooling other women plus ⬅ you didn't use protection so you put my life HERE → at jeopardy. I knew/had a feeling you was - cheating but you constantly accused me. You would leave my place and go across town wow!!! really to your other boo room and come back Smiling in my face. To me that was some shady shit and I wasn't the reason you came back to Houston. In my diary I - place things in there on how I was feeling, not as a d's but about how you were being untrustworthy and unfaithful.

Hi ?

Your right I do wish you fall off the face of
the earth right now. You really hurt me real bad
Eric and I don't know how to respond to your
actions this time. I never thought It would
ever get this bad but I thought wrong, huh.
You can't Imagine the pain you have put me
through these past weeks. I don't know what
you were thing or what happen, all I know is
you need to get some help for whatever
is wrong with you demonic or personal. I
was in love with you and I didn't deserve
what you did to me, I have always treated
you nice and cared about you to the foolest.
Why should you enjoy "the fruits" when you
turned my life up side down. They were
able to put my ear back but I will never
hear the same, my hand is still messed up
I my never feel or move some of my
fingers. You have cost me a lot. I never
thought I would be writing to a nigga In
Jail again and we talked about this in the
past. I can't sleep at night, I cry every time
I relive your attack and I can't face people or
trust anyone ever and that includes you.

bad things happening to you. Your
ready to get out smoke that bullshit
and drink delsym after I told you
about the side effects. Your hard headed
and that way in life will get you
nowhere but jail. I do not have to
be there for your trial next week that
has nothing to do with me, meaning
I have no control over that case.
(NOT testifying) I believe your a-
liar and not some much Inocent.

Like I say, I wish you the best
and I will pray for you and your case.
I don't want to see you in jail but like
I say that's up to the jury or judge.
I know your looking alot of time but
I hope you get over these type of predicaments.

P.S. Not sending the affidavit + not call/text Tara

P.S.S. I hate you ended things like this
you have hurt me and somebody have to
be accountable for my pain on a daily
basis. It's one thing to punch, scratch, kick then
cut, break, surgery is a whole nother level.
back→

MOTIVE

MOTIVE
HERE

paying me back but you couldn't give a shit.
You only wanted what you could get for
free and with ease. So stop asking me to do
shit for you cuz you never have done anything
I can't do myself. A man helps in his relationship
never take from, only add to. I credit that you
put some food in the refrigerator + freezer that
we could eat but that was it and all you
did but I could do that myself. You have
damaged my apartment which I have to pay
yet again. If I came off as arrogant that's
only because I like my shit in order, clean, and
nice which you have showed that you have no
value of in lifestyle. I allowed you to slid
on your bullshit but I can't any more and
please don't take it personal. You shouldn't have
to put someone in a head lock and force them
to have sex with you and if they say stop
that's what you should do. You alway think
your dick can get you out but not this time.
You have no reason to call yourself a "God fearing
man" cuz you are not, you keep saying you would
put your hand on me and you did just that so
on your behavior as a boy in a man's body.
My family dosen't want your apology, you shouldn't
have done it now my dad wants me to leave

LIE -

WHY NOT ?-
(30 YEARS)
MOTIVE *

IMPACT LIE →

LIE -

* MOTIVE

- LIE

TRIAL TRANSCRIPTS:
- "CONSENTUAL SEX"
COMPLAINTANT - LIE

6      real talk     a   Devon Anderson
District Attorney
1201 Franklin St Suite 2160
Houston TX 77002

     (4)

I can't write a affidavit cuz I feel
like you playing me again just to get free.
now I can make a suggestion on how I
would like for them to prosecute you like
how many years, or probation, I think that's
what the DA office said. I'm not
sure if she's handling the criminal case
and the civil case. Just when you
ask them or write or have your Lawyer
ask the DA if they would consider asking
me what I would like to happen to end
this case. Do not tell them you been
contacting me cuz you could get in to
even bigger trouble and I don't want that
for you plus a small piece want to
believe you but I don't know.


Best wishes and take care

Friend don't lie to one nother.

- I remember you saying you smelled something
- when we were talking but I don't know cuz you have done to much at this point and said to much I don't know what to believe from you. You was suppose to protect me and never hurt me. I trusted you to care, help, love and you couldn't do either. And by the way, maybe you need to ask your other "BOO" in the blue boy shorts and white shit on her face to help you as well.
- I don't appreciate being played like a fool and I always say "whats in the dark will come to the light" Why would you put a picture of another women with you giving her hickeys and you in her room on a device that I gave you that dates everything? You so worried about what the fuck I'm doing and I find out it's you that's the SLUT! I'm not stupit or slow that's the second bag of condoms you been through so I think you need to use your paper & words on her cuz I don't help human dogs.

P.S. Write to your other boo/bady/wify/ whatever!

- P.S.S. Fuck You for that!

You never own up to anything you do, you always have an excuse for your actions. If you think going to trial and telling them you was possessed is going to work then thats on you because the end result is still jail time or crazy house you choose. I hate reliving this shit over and over again and having to tell people my boyfriend did this to me. I will never be so EVIL to anyone cuz I love everyone no matter what they do but your just a evil person to try and hurt/kill me for no reason. I was going to break up with you that night cuz you said some things and did something to me but you could take it. If at any point in a relationship were I have to put me hands on another person I would just leave but no you can't do that, HUH!! You always said that you would hurt me if I broke up with you and you would beat me up and pack your stuff and leave before I come to but I guess your favorite drink delsym slowed you down from leaving me for dead Huh! I never thought you would but you prove me wrong and that your not man enough.

FILED
Chris Daniel
District Clerk

MAR 1 3 2015

Harris County, Texas
By_____
Deputy

P2

Cause No. 1428697

Time:_____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ERIC TUCKER | § | 184TH DISTRICT COURT |

## DESIGNATION OF REPORTER'S RECORD

ERIC TUCKER, Defendant, requests the court reporter to prepare an official Reporter's Record to be used in the appeal of this case. Defendant designates the following material to be included in the Reporter's Record:

1. A complete transcript of the trial on the merits; any punishment hearing; all pre-trial hearings and conferences; jury selection, including any challenges or objections made at the bench; opening statements; closing arguments; all bench conferences; all objections to the charge and rulings on objections; all conferences about proposed charges and rulings on them; and all objections, rulings, and any other proceedings that occurred in the above-referenced case.

2. All exhibits admitted during any proceeding; and all exhibits which were the subject of any offers of proof.

3. All juror information cards for the full venire panel, if they are not part of the clerk's record on appeal.

Certified Document Number: 64991048 - Page 1 of 2

If you have notes for anything else that occurred on the record, please include those, too. ERIC TUCKER is indigent. The cost of preparing the record will be paid by the State. A pauper's oath on appeal has been filed and approved.

If you have any questions, please do not hesitate to contact me at 713.368.0016. Thank you for your assistance in this matter.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
TBN 06210500
1201 Franklin 13th Floor
Houston, Texas 77002
713.368.0016 (phone)
713.368.9278(fax)

## CERTIFICATE OF SERVICE

I certify that a copy of this Designation of Reporter's Record on Appeal has been served upon the State of Texas, Harris County District Attorney, at 1201 Franklin, 6th Floor, Houston, TX 77002 on _March 12, 2015_.

CHERI DUNCAN

2

Certified Document Number: 64991048 - Page 2 of 2

**HCDistrictclerk.com**      The State of Texas vs. TUCKER, ERIC SAMUEL (SPN: 01773435)      10/14/2015

Cause: 142869701010      CDI: 3      Court: 184

## WITNESS

| Subpoena ID | Status | Name | County | Request Date | Issued Date | Summoned By | Served Date | Return Date | Return Type |
|---|---|---|---|---|---|---|---|---|---|
| 137128 | Returned | Custodian, Records | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/9/2015 | 1/9/2015 7:21:00 AM | Executed |
| 137129 | Returned | Custodian, Records | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/9/2015 | 1/9/2015 1:52:00 PM | Executed |
| 137160 | Returned | Owens, J. | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/9/2015 | 1/9/2015 7:17:00 AM | Executed |
| 137161 | Returned | Examiner, Fingerprint | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 3:36:00 PM | Executed |
| 137162 | Returned | Ramos, J. | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/9/2015 | 1/9/2015 7:17:00 AM | Executed |
| 137163 | Returned | Chen, C. | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/9/2015 | 1/9/2015 7:17:00 AM | Executed |
| 137164 | Returned | Eisemann, Bradley | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137165 | Returned | Scott, Bradford | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137166 | Returned | Scully, Brandi | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137167 | Returned | Cate, Casey | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137168 | Returned | Tsai, Peter | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137169 | Returned | Sun, David | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137170 | Returned | Gordon, Steven | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137171 | Returned | Brown, Rodger | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137172 | Returned | Kaufman, Yoav | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137173 | Returned | Freeman, Philip | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137174 | Returned | Schlesginer, James | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 2:35:00 PM | Executed |
| 137175 | Returned | Coats, Steven | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/9/2015 | 1/9/2015 9:58:00 AM | Executed |
| 137176 | Returned | Custodian, Records | Harris County | 1/7/2015 | 1/8/2015 | Peace Officer | 1/8/2015 | 1/8/2015 3:33:00 PM | Executed |
| 137479 | Returned | Lockett, Kimberly | Harris County | 1/8/2015 | 1/9/2015 | Peace Officer | 1/16/2015 | 1/16/2015 10:39:00 AM | Un-Executed |

CAUSE # 1 4 2 8 6 9 7

COMPLAINTANTS UN EXECUTED SUBPOENA

1 76.8 STATE COURT PROCEDURE

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH

\* COMPLAINTANTS LETTERS : PROOF OF CORRESPONDENCE

~ I (DEFENDANT) WRITES IN CAPITAL LETTERS AND GENERALLY DIFFERENT

~ COMPLAINTANT MENTIONS THINGS IM NOT SUPPOSE TO KNOW

~ COMPLAINTANT WILL MORE THAN LIKELY ADMIT WRITTING THE LETTERS IF ASKED

\* COMPLAINTANT

~ MANY FALSE PROJECTIONS

~ LIES // PERJURY

~ MOTIVE OF OFFENSE

1ST LETTER EXAMPLE :

(BEING HURT) -- " FINDING OUT YOU WERE F------G OTHER WOMEN AND DIDNT USE PROTECTION (FALSE PROJECTION) PUTTING MY LIFE AT JEOPARDY "

2ND LETTER EXAMPLE :

" IM NOT SLOW OR STUPIT THATS THE 2ND BAG OF CONDOMS YOU WENT THROUGH "

**3RD LETTER EXAMPLE:**

"YOU'VE ALWAYS SAID THAT YOU WOULD HURT ME IF I BROKE UP WITH YOU......" (FALSE PROJECTION)